VERMONT NATIONAL BANK v. Dean A. KING, Donald G. Martin, E. Nicholas Sanguinetti, and Charles E. Wiley, No. 188-73

646

December 4, 1979. Printed case and appellant's brief to be filed on or before December 18, 1979.